IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02096-ZLW-CBS

JAMES K. CONKLETON,
    Applicant,
v.

KEVIN MILYARD, Warden, Sterling Corr. Facility,
ARISTEDES ZAVARAS, Executive Director, Colo. Dept. of Corrections, and
JOHN W. SUTHERS, the Attorney General of the State of Colorado,
    Respondents.
_____

ORDER TO FORWARD ALL RECORDS AND TRANSCRIPTS
_____

Magistrate Judge Craig B. Shaffer

This civil action is before the court on Mr. Conkleton's "Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254" ("Petition") (filed September 29, 2008) (doc. # 1). Pursuant to the Order of Reference dated February 19, 2009 (doc. # 16), this civil action was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters, including discovery and other non-dispositive motions . . . and submit proposed findings of fact and recommendations for rulings on dispositive motions." After reviewing the Petition and Respondents' Answer (filed March 23, 2009) (doc. # 20), the court determines that the state court record would assist the court in resolving this matter. Accordingly, pursuant to Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, IT IS ORDERED that:

1. The Clerk of the Court of the El Paso County District Court, as the lawful custodian of the records, shall forward all records and transcripts of the state court proceedings in **People v. James K. Conkleton**, El Paso County District Court **Case**

1

**No. 00CR3621**, to the Clerk of the Court for the United States District Court for the District of Colorado, 901 Nineteenth Street, Room 105, Denver, Colorado, 80294-3589 **on or before April 30, 2009**.

     2.    The Clerk of the Court for the United States District Court for the District of Colorado shall deliver a copy of this Order to the Clerk of the Court for the El Paso County District Court, P.O. Box 2980, Colorado Springs, CO. 80903.

    DATED at Denver, Colorado, this 26th day of March, 2009.

                     BY THE COURT:

                     s/ Craig B. Shaffer
                     United States Magistrate Judge