IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-02096-ZLW-CBS

JAMES K. CONKLETON,

    Applicant,

v.

KEVIN MILYARD, Warden, Sterling Corr. Facility,
ARISTEDES ZAVARAS, Executive Director, Colo. Dept. Of Corrections, and
JOHN W. SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Dated: April 3, 2009

    It is ORDERED that Plaintiff's Motion To Amend Judgment (Doc. No. 19; Mar. 2, 2009) is denied.