IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02096-ZLW

JAMES K. CONKLETON,

      Applicant,

v.

KEVIN MILYARD, Warden, Sterling Correctional Facility,
ARISTEDES ZAVARAS, Executive Director, Colo. Dept. Of Corrections, and
JOHN W. SUTHERS, The Attorney General of the State of Colorado,

      Respondents.

---

ORDER DENYING LEAVE TO PROCEED ON APPEAL
PURSUANT TO 28 U.S.C. § 1915 AND FED. R. APP. P. 24

---

Weinshienk, Senior Judge

      Applicant has submitted a Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action. The court has examined the file and has determined that the motion must be denied. Pursuant to 28 U.S.C. § 1915(a)(3), the court finds that this appeal is not taken in good faith because Applicant has not shown the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal. Accordingly, it is

      ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant

to 28 U.S.C. § 1915 and Fed. R. App. 24 in a Habeas Corpus Action is denied. It is

FURTHER ORDERED that the Applicant's motion for a certificate of appealability filed on June 17, 2010 is denied as moot.

DATED at Denver, Colorado, this 23rd day of June, 2010.

BY THE COURT:

_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court